


J. STEPHEN KING
JKING@EVANSPETREE.COM

DIRECT FAX 901.374.7548

November 28, 2014

**VIA FACSIMILE – 662.325.3189**
**EMAIL president@msstate.edu**
**HAND DELIVERY**
**AND U.S. MAIL CERTIFIED RETURN**
**RECIEPT REQUESTED**

Mark E. Keenum, President
Mississippi State University
P.O. Box 6018
Lee Hall, Suite 4000
Mississippi State, MS 39762

And

Mark E. Keenum
155 Morrill Road
Starkville, MS 39759

RE: Michaela Mills Notice of Claim

Dear Mr. Keenum:

Please be advised that my Firm has been retained to represent Ms. Michaela Mills. As I am sure you are aware, Ms. Mills was representing the University as "Bully" on the evening of November 28, 2013 at Egg Bowl when an ESPN TV cart ran over her.

Ms. Mills was a student at Mississippi State University ("MSU") during the 2013-2014 school year. She was one of the Bully Mascot's for the school's athletic teams. During the 2013 Egg Bowl she was on the side lines with the cheerleaders at Davis Wade Stadium. ESPN was operating a motorized cart on the side lines that held a TV camera. The driver of the cart ran over Ms. Mills resulting in a compound fracture of the left tibia and fibula.

Ms. Mills underwent surgery to repair the fractures of the bones. A rod and pin was placed in the tibia to stabilize the bone. He medical treatment cost to date are approximately $31,631. She is still experiencing problems with the leg. Her calm is for $500,000.

Ms. Mills was at the time of the injury and at present a resident of 151 Wentz Road, Buchannon West Virginia. At the time of the injury she was attending MSU in Starkville, Mississippi and at present is a student in Tuscaloosa, Alabama.



EXHIBIT
A





Thank you for your assistance in this matter.

Sincerely,

**EVANS PETREE PC**

James Stephen King

JSK/lrs
cc: Ms. Michaela Mills
Joan Lucas, Esq. via email

4847-8655-7216, v. 1