IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MICHAELA MILLS**                          **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 1:15-cv-101-NBB-DAS**

**ESPN, INC. AND**
**MISSISSIPPI STATE UNIVERSITY**                          **DEFENDANTS**

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant ESPN, Inc. will take the deposition of Plaintiff Michaela Mills before a Notary Public or some other officer authorized to administer oaths on Monday, January 18, 2016 beginning at 10:00 a.m. at Freedom Court Reporting, 2205 4th Street, Suite 20, Warrior Bluff Building, Tuscaloosa, Alabama 35401 and continuing thereafter until completed, at which time you are invited to appear and take part in the examination as you deem appropriate.

RESPECTFULLY SUBMITTED, this the 8th day of January, 2016.

/s/ Roy D. Campbell, III
Roy D. Campbell, III (MSB # 5562)
rcampbell@babc.com
Michael J. Bentley (MSB # 102631)
mbentley@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*Attorneys for ESPN, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record, including:

Beth Buffington
Evans Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
(901) 525-6781
bbuffington@evanspetree.com

*Attorney for Plaintiff Michaela Mills*

This, the 8th day of January, 2016.

                                                         /s/ Roy D. Campbell, III
                                                         One of the Attorneys for ESPN, Inc.