# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MICHAELA MILLS**                                                 **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 1:15-cv-101-NBB-DAS**

**ESPN, INC.**                                                **DEFENDANT**

## JOINT MOTION FOR PROTECTIVE ORDER

The parties, through their counsel of record, jointly move the Court to enter a protective order, restricting the publication of documents and discovery material produced or discovered in this action. In support of this motion the parties state that they agree that such documents are likely to contain confidential and proprietary information which should be protected and that they have approved the form of a proposed protective order.

RESPECTFULLY SUBMITTED, this 2nd day of May, 2016.

                                            /s/ J. Stephen King
                                            James Stephen King (# 13575)
                                            *jking@evanspetree.com*
                                            EVANS PETREE PC
                                            1000 Ridgeway Loop Road, Suite 200
                                            Memphis, Tennessee 38120
                                            Ridgeland, MS 39157
                                            Telephone: (901) 525-6781

                                            ATTORNEY FOR MICHAELA MILLS

/s/ Roy D. Campbell, III
Roy D. Campbell, III (MBN 5562)
*rcampbell@babc.com*
Bradley Arant Boult Cummings, LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

ATTORNEY FOR ESPN, INC.