IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No: 1:15-CV-101-NBB-DAS          Place Held:  Judge Sanders' Chambers
                                                  (Telephonically)

Style: Michaela Mills v ESPN, Inc., et al

Date         June 28,  2016
Begin         10:30 a.m.
End            4:30 p.m.
Total Time    5 hours (took 1 hour break for lunch)

PRESENT:    David A. Sanders     United States Magistrate Judge

ATTORNEY PARTICIPATING                    ATTORNEY PARTICIPATING
FOR PLAINTIFF                             FOR DEFENDANT

    Steve King                                Roy Campbell

PROCEEDINGS: Settlement Conference

Docket Entry:   Settlement Reached

                                    DAVID CREWS, CLERK

                                    By:      /s/ Jennifer L. Frantz
                                            Courtroom Deputy